IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CAPITAL CASE

STACEY EUGENE JOHNSON                                                              PLAINTIFF

v.                              Case No. 5:17-cv-00112 KGB

WENDY KELLEY, *et al.*                                                              DEFENDANTS

## JUDGMENT

In accordance with the Order entered on this date, the Court dismisses this action with prejudice.

So adjudged this 18th day of April, 2017.

_____
Kristine G. Baker
United States District Judge