# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1824

Stacey Eugene Johnson

Appellant

v.

Wendy Kelley, Director, Arkansas Department of Correction, in her official capacity, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:17-cv-00112-KGB)
_____

**MANDATE**

In accordance with the judgment of 07/14/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 14, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit



17-1824 Stacey Johnson v. Wendy Kelley, et al "Mandate Issued" (5:17-cv-00112-KGB)

ca08ml_cmecf_Notify   to:                                   07/14/2017 02:15 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/14/2017

| | |
|---|---|
| **Case Name:** | Stacey Johnson v. Wendy Kelley, et al |
| **Case Number:** | 17-1824 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [4557540] [17-1824] (Lisa Tobias)

**Notice will be electronically mailed to:**

Honorable Kristine G. Baker, U.S. District Judge: Kristine_Baker@ared.uscourts.gov
Ms. Christine Ann Cryer, Assistant Attorney General: christine.cryer@arkansasag.gov, toni.hamp@arkansasag.gov, agcivil@arkansasag.gov
Mr. Charles Lyford: charles.lyford@arkansasag.gov, toni.hamp@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Jennifer L. Merritt: Jennifer.Merritt@ArkansasAG.gov, Johnna.Hoffman@ArkansasAG.gov, agcivil@arkansasag.gov
Mr. Jeffrey M. Rosenzweig: jrosenzweig@att.net, jeffrosenzweig@sbcglobal.net, leejoshr@gmail.com, smwbraden@gmail.com

**Notice will be mailed to:**

Mr. Stacey Eugene Johnson
ARKANSAS DEPARTMENT OF CORRECTIONS - VARNER SUPERMAX
P.O. Box 400
Grady, AR 71644-0400

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/LisaTobias_171824_4557540_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/14/2017] [FileNumber=4557540-0]
[c36af511fac112bd8a02b3fb85051345ae40180f01c1c429ac6363286f496e1f6748bae303a1812bf
b5a4a25367936b29b2f7382542dd5ef2fb47218e480f15a]]
**Recipients:**
- [Honorable Kristine G. Baker, U.S. District Judge](#)
- [Ms. Christine Ann Cryer, Assistant Attorney General](#)
- [Mr. Stacey Eugene Johnson](#)
- [Mr. Charles Lyford](#)
- [Mr. Jim McCormack, Clerk of Court](#)
- [Ms. Jennifer L. Merritt](#)
- [Mr. Jeffrey M. Rosenzweig](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4557540
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5847970